Holly S. Cooper (CA Bar # 197626)
U.C. Davis Immigration Law Clinic
One Shields Avenue, Bldg. TB-30
Davis, CA 95616
(530) 754-4833
Fax: (530) 752-0822
hscooper@ucdavis.edu
Counsel for Petitioner, Herbert Flores-Torres



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

HERBERT FLORES-TORRES ) Docket No.
Agency No. A44 284 242 ) CV 08 1037
)
Petitioner, ) [PROPOSED] ORDER TO
v. ) SHOW CAUSE
)
MICHAEL B. MUKASEY, United States )
Attorney General, MICHAEL CHERTOFF, )
Secretary of the Department of Homeland )
Security, NANCY ALCANTAR, ICE )
Detention and Removal Operations Field )
Office Director, LAURIE SMITH, Sheriff of )
Santa Clara County Sheriff's Department and )
Santa Clara County Main Jail )
)
Respondent. )

Petitioner Herbert Torres has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner states that he is currently detained in immigration custody. Petitioner alleges that he has been detained for almost 17 months despite his colorable claim of citizenship, and that his continued detention violates the United States Constitution and federal statutes.

The Court concludes that the petition warrants a response from respondents. Respondents must file and serve upon petitioner, on or before MARCH 27, 2008, an answer showing cause why a writ of habeas corpus should not be issued. Respondents must file with the answer a copy of all portions of administrative proceedings that are relevant to a determination of the issues presented in the petition. If petitioner wishes to respond to the answer, he must do

so by filing a traverse with the Court and serving it on respondents on or before __April 28, 2008__ If the parties wish to modify this schedule, they may do so by joint stipulation. If, after review of the parties' answer and traverse, the Court determines that oral argument is necessary, the Court shall so notify the parties. The record must be indexed.

**IT IS SO ORDERED.**

Dated: February 25, 2008

_____

United States District Judge