JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6730
FAX: (415) 436-7169

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HERBERT FLORES-TORRES, <br><br> Petitioner, <br><br> v. <br><br> MICHAEL B. MUKASEY, United States Attorney General, et al., <br><br> Respondents. | No. C 08-1037 WHA <br><br> STIPULATION TO EXTEND TIME; ~~PROPOSED~~ ORDER |

    Petitioner, by and through his attorney of record, and Respondents, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

    1. Petitioner filed this action on or about February 21, 2008. On February 25, 2008, the Court issued an Order to Show Cause, requiring Respondents to respond by March 27, 2008.

    2. The United States Attorney's Office was not served until March 12, 2008.

///

///

///

///

///

///

STIPULATION
No. C 08-1037 WHA

3. Accordingly, in order to allow sufficient time for Respondents to answer, the parties hereby respectfully ask this Court to extend the dates in the Court's Order as follows:

    Last day for Respondents to file Return:    April 11, 2008

    Last day for Petitioner to file Traverse:    May 12, 2008

Date: March 13, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

    /s/
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorneys for Defendants

Dated: March 13, 2008

    /s/
HOLLY S. COOPER
U.C. Davis Immigration Law Clinic
Attorney for Respondents

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: March 13, 2008.

WILLIAM ALSUP
United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

STIPULATION
No. C 08-1037 WHA    2