**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT FLORES-TORRES, | No. C 08-01037 WHA |
| Petitioner, | |
| v. | **ORDER RE MOTION TO PROCEED IN FORMA PAUPERIS** |
| MICHAEL MUKASEY, United States Attorney Generaly, MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, NANCY ALCANTAR, Immigration and Customs Enforcement Detention and Removal Operations Field Office Director, and EDWARD FLORES, Chief of Corrections of Santa Clara County Jail, | |
| Respondents. | |

Petitioner Herbert Flores-Torres filed a petition for writ of habeas corpus in February 2008. In a May 2008 order, this Court denied the petition. The Court entered judgment on June 2. Petitioner filed a notice of appeal thereafter. Petitioner also filed a motion to proceed with the appeal *in forma pauperis*.

Petitioner declares that he is unemployed, is presently in immigration detention and has no income from any source. He represents that he has not paid and will not pay an attorney or any other person money for services in connection with this case. Good cause appearing, petitioner's motion is hereby **GRANTED**.

**IT IS SO ORDERED.**

Dated: October 16, 2008

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE