IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Herbert FLORES-TORRES,<br>A 44 284 242,<br><br>    Petitioner,<br><br>  v.<br><br>Eric H. HOLDER, JR., United States Attorney General, MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, NANCY ALCANTAR, Immigration and Customs Enforcement Detention and Removal Operations Field Office Director, and EDWARD FLORES, Chief of Corrections of Santa Clara County Jail,<br><br>    Respondents.<br>_____ / | No. C 08-1037 WHA<br>No. C 09-3569 WHA<br><br>**ORDER RE<br>DISCOVERY DISPUTE** |

    The parties have jointly filed a request for a further status conference to address unspecified issues regarding scheduling a videotaped deposition of one of petitioner's expert witnesses. The parties are each ordered to submit a letter to the Court summarizing the dispute in no longer than three pages on or before **OCTOBER 20, 2009, AT NOON**. Up to twelve pages of attachments may be added. In the letter, counsel should identify themselves in the signature block as "counsel for _____." The letters should be electronically-filed in the official file. (Please note that as with all communications with the Court by e-filing, a hard copy must be lodged in the Court's mail box in the Clerk's Office on the sixteenth floor no later than noon

of the following day.)  The Court will then advise the parties whether a response, written motion or a telephone conference or court hearing will be required.

**IT IS SO ORDERED.**

Dated:  October 19, 2009.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2