UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| HERBERT FLORES-TORRES, | ) | No. C 08-1037 WHA |
| | ) | No. C 09-3569 WHA |
| Petitioner, | ) | |
| | ) | [PROPOSED] PRETRIAL ORDER |
| v. | ) | |
| | ) | |
| ERIC HOLDER,* in his official capacity as | ) | Trial Date: November 16, 2009 |
| Attorney General of the United States; et al., | ) | Time:  1:30 p.m. |
| | ) | |
| Respondents. | ) | |

A pretrial conference was held on November 5, 2009.

Petitioner's Motion to Exclude Norma Gutierrez's Testimony is denied without prejudice to renewing the arguments at trial.

Petitioner's expert Professor Garro will appear by video from New York City on November 20, 2009 at 1:30 p.m. PST. The parties will mail the exhibits they intend to use with Professor Garro to him before trial.

Respondent's expert Norma Gutierrez shall appear in person, but not before November 23, 2009, at 1:30 p.m.

The parties will provide the Court with the legislative history for the relevant Immigration and Nationality Act naturalization statute at issue before trial no later than **NOVEMBER 13, 2009, AT NOON**.

Each party shall have fifteen minutes to present an opening statement.

**SO ORDERED.**

Dated: November 9, 2009.

_____
WILLIAM H. ALSUP
United States District Court Judge

Pretrial Order
C 09-3569 WHA