IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HERBERT FLORES-TORRES,

    Petitioner,

    v.

ERIC H. HOLDER, JR., United States Attorney General, JANET NAPOLITANO, Secretary of the Department of Homeland Security, NANCY ALCANTAR, Immigration and Customs Enforcement Detention and Removal Operations Field Office Director, and EDWARD FLORES, Chief of Corrections of Santa Clara County Jail,

    Respondents.

No. C 08-01037 WHA
No. C 09-03569 WHA

**ORDER RE SCHEDULE FOR SUPPLEMENTAL EXPERT TESTIMONY AND CLOSINGS**

    The supplemental expert report of respondent's expert Norma Gutierrez as well as English translations of any documents upon which her supplemental report relies are due on or before **DECEMBER 2, 2009, AT NOON**.  Any rebuttal reports from petitioner's experts and English translations of any documents upon which they rely are due on or before **DECEMBER 7, 2009, AT NOON**.  The testimony of the parties' experts regarding these reports will be heard on **DECEMBER 9, 2009, AT 8:00 A.M.**  Each side shall have **30 MINUTES** for closing arguments, which shall also be held on **DECEMBER 9, 2009.**

    **IT IS SO ORDERED.**

Dated: November 23, 2009.

                                 WILLIAM ALSUP
                                 UNITED STATES DISTRICT JUDGE