IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HERBERT FLORES-TORRES,

    Petitioner,

  v.

ERIC H. HOLDER, JR., in his official capacity as
United States Attorney General,

    Respondent.
                                         /

No. C 08-01037 WHA
No. C 09-03569 WHA

**FURTHER ORDER GRANTING
ENTITLEMENT TO COSTS**

On May 11, 2010, an order granted review of the clerk's taxation of costs and held that petitioner was entitled to all sought costs except for two items as to which additional documentation was necessary. These included a translation fee as to unspecified documents and a "project management fee." Petitioner was given the opportunity to supplement his explanation for those items.

Petitioner's counsel has now submitted an itemized description of the documents which formed the basis of the translation fee from the invoice in question (Carter Decl. at 2). He has also stated that petitioner does not seek taxation of costs as to the "project management fee" in

question (*id.* at 3).  Based upon the declaration of petitioner's counsel and good cause shown, petitioner motion for taxation of costs in the total amount of $16,401.04 is **GRANTED**.

**IT IS SO ORDERED.**

Dated: May 14, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE